AO 442 (Rev. 11/11) Arrest Warrant

FILED
NOV 17 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

United States of America
v.
Thomas Wise

*Defendant*

Case No. 3:21 CR 801
JUDGE HELMICK

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Thomas Wise, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Ct. 1 - 21:841(a)(1) and (b)(1)(A) - Possession with Intent to Distribute Controlled Substance

Date: 11/3/2021

[signature]
*Issuing officer's signature*

City and state: Toledo, Ohio

Kelly Roddy, Courtroom Deputy
*Printed name and title*

**Return**

This warrant was received on *(date)* 11-3-21, and the person was arrested on *(date)* 11-12-21 at *(city and state)* Findlay, Ohio.

Date: 11-12-21

[signature]
*Arresting officer's signature*

TFO Donald Widmer
*Printed name and title*